IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99-30088 |
| | ) | |
| DAVID C. MAUL, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter came before the Court on October 21, 2005, for Defendant David C. Maul's sentencing hearing for violation of supervised release. Maul was present in person and with counsel, Assistant Federal Defender Douglas Beevers. The Government was present by Assistant United States Attorney Greg Gilmore. On October 7, 2005, the Court found that Maul was in violation of his supervised release after Maul admitted all but one of the allegations in the Petition to revoke supervision (d/e 17).[1]

---

[1] The Court allowed the Government's motion to dismiss the allegation that was not admitted.

1

At sentencing, the Court was in receipt of a Violation Report, dated July 28, 2005, prepared by the United States Probation Office. Neither Maul nor the Government raised any objections to the Violation Report. The Court, thus, adopted the findings of the Violation Report and noted that Maul was in clear violation of his supervised release. The Court found that the violations relating to the two forgeries constituted Grade B violations. See U.S.S.G. § 7B1.1(a)(2). The remainder of the violations were Grade C violations. See U.S.S.G. § 7B1.1(a)(3). Maul had 9 criminal history points, which placed him in category IV. Given the Grade B violations, Maul's policy statement range was 12 to 18 months imprisonment under U.S.S.G. §7B1.4(a). The Court noted that it was not bound to sentence within the policy statement range.

THEREFORE, after considering the case file, including the original Presentence Report, the Violations Report, the statements of counsel, Maul's own statement, and the applicable policy statement range, the Court revoked Maul's supervised release and sentenced him to 17 months imprisonment on each of Counts I and II, to run concurrently, with no additional term of supervised release thereafter. The Court advised Maul of his right to appeal.

IT IS THEREFORE SO ORDERED.

ENTER:   October 25, 2005.

    FOR THE COURT:

                                       s/ Jeanne E. Scott
                                       JEANNE E. SCOTT
                             UNITED STATES DISTRICT JUDGE